```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

RICKEY HAGER

    Plaintiff

v.                              Civil Action No.: 2:04-0282

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant

## JUDGMENT ORDER

In accordance with the order this day entered in the above-styled civil action, it is ORDERED and ADJUDGED that:

1. The final decision of the Commissioner be, and the same hereby is, affirmed; and

2. This civil action be, and the same hereby is, dismissed and stricken from the docket of the court.

The clerk is directed to forward copies of this order to all counsel of record and the United States Magistrate Judge.

DATED: May 9, 2005

_____
John T. Copenhaver, Jr.
United States District Judge